DATE: 11/2/15

## TO THE HONORABLE CLERK

MR. ABEL ACOSTA

COA CASE NO. 02-14-00062-CR
PD-0755-15
TR.CT NO. 1346024 R

DEAR SIR:

Thank you for your time short notice i've recently send you a letter on 10/26/15 asking you for an extension for my P.D.R Petition For Discretionary Review Application Sir, and i've havn't heard from you could you please advise me on what could be my Next step, Sir Thank you

Respectfully submitted
Robert Ramirez Pro-se

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk

P.s. If you've already sent me an a Extension than please disregard this letter Thank you again.